| | |
|---|---|
| 1 | **ESPEY & ASSOCIATES, PC** |
| 2 | RICHARD W. ESPEY |
|   | (*PRO HAC VICE,* Texas SBN 06667580) |
| 3 | JONATHAN N. DARNELL |
|   | (*PRO HAC VICE,* Texas SBN 24001967) |
| 4 | 12400 San Pedro Ave., Ste. 200 |
|   | San Antonio, Texas 78216 |
| 5 | Phone:  210-404-0333 |
|   | Fax:  210-404-0336 |
| 6 | espeyservice@lawespey.com |
| 7 |   |
|   | Attorneys for Defendants Alan B. Cerwick, |
| 8 | Susan G. Gray and Bruce Hendel |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M.O. DION & SONS, INC., a California corporation; and AMBER RESOURCES, LLC, a California limited liability company, | ) ) ) ) | No.   2:19-cv-05154-MWF-SSx |
| Plaintiff, | ) ) | **DEFENDANTS ALAN B. CERWICK, SUSAN G. GRAY AND BRUCE HENDEL'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| vs. | ) ) ) | |
| VP RACING FUELS, INC., a Texas corporation; ALAN B. CERWICK, an individual; SUSAN G. GRAY, an individual; BRUCE HENDEL, an individual; and DOES 1-100, inclusive, | ) ) ) ) ) ) | **[Fed. R. Civ. P. 12(b)(2)]** |
| | ) ) | Date:        August 12, 2019 |
| Defendants. | ) ) ) | Time:        10:00 a.m. |
| | | Courtroom: 5A |

PLEASE TAKE NOTICE THAT on August 12, 2019, at 10:00 a.m. in Courtroom 5A, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West First Street, Courtroom 5A, Los Angeles, California, 90012, pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Alan B. Cerwick, Susan G. Gray and Bruce Hendel hereby move the Court to dismiss all claims asserted against them by Plaintiffs M.O. Dion & Sons, Inc. and Amber Resources, LLC for lack of personal jurisdiction.

1 | This motion is based upon this Notice, the Motion and Memorandum of Points and Authorities, the Declarations of Alan B. Cerwick, Susan G. Gray and Bruce Hendel, the testimonial and documentary evidence offered through the declarations supporting this motion, and on such other papers, arguments and evidence as may be presented at or prior to the hearing of this motion.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 3, 2019.

Respectfully submitted,

Dated:  July 12, 2019          **ESPEY & ASSOCIATES, PC**

By: _____/s/ Rich Espey_____
Richard W. Espey
Jonathan N. Darnell

Attorneys for Defendants Alan B. Cerwick, Susan G. Gray and Bruce Hendel